IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,, <br><br> Plaintiff(s), <br><br> vs. <br><br> HAWAII HEALTHCARE PROFESSIONALS, INC., aka HAWAII PROFESSIONAL HOMECARE SERVICES, INC., and CAROLYN FRUTOZ-DE HARNE, aka CAROLYN FRUTOZ, <br><br> Defendant(s). | CV 10-00549 ACK-BMK |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 25, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.
DATED Honolulu, Hawaii, March 17, 2014



Alan C. Kay
Senior United States District Judge