IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff(s),<br><br>vs.<br><br>CAROLYN FRUTOZ-DE HARNE, ET AL.,<br><br>Defendant(s). | CIV NO 10-00549 ACK-BMK |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation To Deny Defendant's Second Request To Set Aside Default Judgment having been filed on June 20, 2014 and served on all parties on June 23, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 9, 2014

Alan C. Kay
Senior United States District Judge