KENJI M. PRICE  10523
United States Attorney
District of Hawaii

JEREMY J. BUTLER
Assistant U.S. Attorney
Attn: Financial Litigation Unit
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Jeremy.Butler@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff(s),<br><br>vs.<br><br>HAWAII HEALTHCARE PROFESSIONALS, INC., a/k/a HAWAII PROFESSIONAL HOMECARE SERVICES, INC., CAROLYN FRUTOZ-DE HARNE a/k/a CAROLYN FRUTOZ, and DOES 2-10 INCLUSIVE,<br><br>Defendant(s). | CIV NO. 10-00549 ACK KJM<br><br>NOTICE OF JUDGMENT DEBTOR EXAMINATION; CERTIFICATE OF SERVICE |

NOTICE OF JUDGMENT DEBTOR EXAMINATION

PLEASE TAKE NOTICE that the Judgment Debtor Examination of Defendant CAROLYN FRUTOZ-DE HARNE a/k/a CAROLYN FRUTOZ will be heard on January 9, 2020, at 9:45 a.m., before U.S. Magistrate Judge Kenneth J. Mansfield in Courtroom 6, of the U.S. District Court, U.S. Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850.

DATED: Honolulu, Hawaii, November 8, 2019.

KENJI M. PRICE
United States Attorney
District of Hawaii

/s/ Jeremy J. Butler
By _____
JEREMY J. BUTLER
Assistant U.S. Attorney

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>HAWAII HEALTHCARE PROFESSIONALS, INC., a/k/a HAWAII PROFESSIONAL HOMECARE SERVICES, INC., CAROLYN FRUTOZ-DE HARNE a/k/a CAROLYN FRUTOZ, and DOES 2-10 INCLUSIVE,<br><br>　　　　　　Defendant(s). | CIV NO. 10-00549 ACK KJM<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing was duly served by depositing the same in the United States mail, postage prepaid, addressed as follows:

> CAROLYN FRUTOZ-DE HARNE
> 1 Keahole Place #3108
> Honolulu, Hawaii 96825
>
> 　　Defendant

//

//

DATED:  Honolulu, Hawaii, November 8, 2019.

                KENJI M. PRICE
                United States Attorney
                District of Hawaii

                    /s/ Jeremy J. Butler
              By _____
                  JEREMY J. BUTLER
                  Assistant U.S. Attorney

                Attorneys for Plaintiff
                U.S. EQUAL EMPLOYMENT
                OPPORTUNITY COMMISSION